■ In the Matter of WILLIAM GRANT, Petitioner, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent. [966 NYS2d 922]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding to challenge a prison disciplinary determination finding him guilty of drug possession, smuggling and engaging in a third-party telephone call. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto expunged from petitioner's institutional record, and the $5 mandatory surcharge refunded to his inmate account. Petitioner has thus received all the relief to which he is entitled and, as such, this proceeding is dismissed as moot (*see Matter of Lopez v Fischer*, 102 AD3d 1025, 1025 [2013]; *Matter of Harding v Fischer*, 102 AD3d 1022, 1023 [2013]).

Peters, P.J., Lahtinen, Spain and Garry, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.